# DEBTOR QUESTIONNAIRE

**THIS DOCUMENT WILL BE FILED WITH THE U.S. BANKRUPTCY COURT**

**Debtor's Name (If Joint Case - Both Names):** Tabatha C. Woodridge
**Case Number:** 26-64458
**Current Address:** 1717 Benhill Dr Snellville GA 30078

1) Did you receive a copy of the Rights and Responsibilities Statement? Yes ☑ No ☐
   a. Did you read and understand it? Yes ☑ No ☐
2) Did your Attorney explain the difference between Chapter 7 & Chapter 13 Bankruptcy? Yes ☑ No ☐
3) Do you understand that you cannot obtain any new debt, credit, or financing of any kind, including the refinance of any property without a Bankruptcy Court Order? Yes ☑ No ☐
4) Do you understand that you cannot sell any property, transfer any property, and/or quitclaim any property without a Bankruptcy Court Order? Yes ☑ No ☐
5) If your plan payments are supposed to come out of your pay check, do you understand that you are responsible for making the payment directly to the Trustee until your employer begins withholding the money? Yes ☑ No ☐
6) Do you understand that you are required to make your on-going post-petition mortgage payments directly to your mortgage company, on time, each month? Yes ☑ No ☐ N/A ☐
7) Do you understand that you are required to immediately notify your Attorney if you have a change of contact information during your case, for example a change of address and/or change of phone number? Yes ☑ No ☐
8) Do you understand that you are required to immediately notify your Attorney if you have any change in your financial situation during your case and this may require updating your schedules (i.e. Increased or Decreased Household Income of any kind, Loss of Employment, and/or New Employment)? Yes ☑ No ☐
9) Do you understand that you are required to submit a copy of your full **TAX RETURN** to the Trustee each and every year that you are in your case? Yes ☑ No ☐
10) Does your Chapter 13 plan require turnover to the Trustee of the portion of your federal **TAX REFUND** that exceeds $2,000.00? Yes ☐ No ☑
11) Do you understand that if you receive Objections to Confirmation from the Trustee or Creditors, you must immediately resolve those issues to avoid dismissal of your case by the Court? Yes ☑ No ☐
12) How long have you lived in the State of Georgia? 4 years

**I declare under penalty of perjury that the information provided in this questionnaire is true and correct. I understand each question and my attorney has explained all questions to me.**

| | |
|---|---|
| Tabatha C. Woodridge | X [signature] |
| **Print Name of Debtor** | **Signature of Debtor** |
| | X |
| **Print Name of Joint Debtor** | **Signature of Joint Debtor** |
| Kelly Thomas | X /s/ Kelly Thomas |
| **Print Name of Attorney** | **Signature of Attorney** |

Tabatha C. Woodridge - Env b61cf4d9-9c7a-4687-a9d1-b504015b5a59